UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HARVEY HAIR, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>　　　　Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:18-CV-110-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 27]. The court DENIES plaintiff's motion for judgment on the pleadings [D.E. 21], GRANTS defendant's motion for judgment on the pleadings [D.E. 24], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on March 4, 2019, and Copies To:**
Vaughn Stephen Clauson　　　　　　　　　　　　(via CM/ECF electronic notification)
Jamie D.C. Dixon　　　　　　　　　　　　　　　(via CM/ECF electronic notification)

DATE:　　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
March 4, 2019　　　　　　　　　　　　　　　　(By) /s/ Nicole Sellers
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk